FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EDWARD CHARLES ROBINSON,<br><br>        Defendant. | No. 1:20-CR-02026-SAB-1<br><br>**ORDER DIRECTING THE TRANSPORT OF DEFENDANT**<br><br>**\*\*U.S. MARSHALS SERVICE ACTION REQUIRED\*\*** |

    A status conference hearing was held on March 18, 2024 in Yakima, Washington. Defendant was present, in custody, and represented by Craig Webster. The Government was represented by Richard Barker and Thomas Hanlon.

    At the hearing, the Court heard the status of the case and Defendant's treatment plan. Being fully informed, the Court determined it necessary to grant more time for Defendant to receive adequate treatment. The parties shall update the Court upon the results of treatment. This Order memorializes the Court's oral rulings.

//
//
//
//
//
//

**ORDER DIRECTING THE TRANSPORT OF DEFENDANT** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The U.S Marshals Service is **directed to transport Defendant from the Eastern District of Washington to the Federal Correctional Facility in Butner, North Carolina** as soon as possible.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the U.S. Marshals Service.

**DATED** this 19th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DIRECTING THE TRANSPORT OF DEFENDANT** # 2