1  Richard R. Barker
   Acting United States Attorney
2  Eastern District of Washington
   Post Office Box 1494
3  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
4

5

6            UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,                | Case No.: 1:20-cr-02026-SAB
8              Plaintiff,
                                             | Notice of Withdrawal of
9        v.                                  | Counsel for the United States
10 EDWARD CHARLES ROBINSON, JR.,
11
               Defendant.
12

13     Plaintiff, United States of America, by and through Richard R. Barker,

14 Acting United States Attorney for the Eastern District of Washington, hereby

15 withdraws **Richard R. Barker** as counsel of record on behalf of the United States.

16     Dated: June 23, 2025.

17                                           Richard R. Barker
                                             Acting United States Attorney
18
                                             *s/ Richard R. Barker*
19                                           Richard R. Barker
                                             Acting United States Attorney
20

21

Notice of Withdrawal of Counsel for the United States - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/ Richard R. Barker*
Richard R. Barker
Acting United States Attorney

Notice of Withdrawal of Counsel for the United States - 2